UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KAY BEER DISTRIBUTING INC.,

    Plaintiff,

    v.                          Case # 07 CV 1068

ENERGY BRANDS, INC.,

    Defendant,

## ORDER

On April 27, 2009, a mediation was conducted in the above-captioned action. However, the parties were unable to settle the case. Accordingly,

**NOW, THEREFORE, IT IS ORDERED** that this case be and hereby is returned to United States District Judge William C. Griesbach for further proceedings.

Dated at Green Bay, Wisconsin, this  30th  day of April, 2009.

                                           BY THE COURT:

                                           s/James R. Sickel
                                           James R. Sickel
                                           United States Magistrate Judge