UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KAY BEER DISTRIBUTING, INC.,

      Plaintiff,

  v.                                                                         Case No. 07-C-1068

ENERGY BRANDS INC.,

      Defendant.

**ORDER AMENDING JUDGMENT**

On January 31, 2012, Defendant Energy Brands Inc. moved this Court to amend its previous judgment to include costs taxed by this Court in the amount of $11,046.32 (ECF No. 198) together with costs awarded on appeal in the amount of $282.50, for a total amount of $11,328.82. The Defendant's ground for the motion was that the United States Court of Appeals for the Seventh Circuit issued its mandate on January 26, 2012, after a delay in doing so for many months.

Through a text-only order issued on February 2, 2012, I gave Plaintiffs ten days to which to file an objection to Defendant's Motion to Alter Judgment to Include Costs. Plaintiff has not done so and thus Defendant's Motion (ECF No. 202) will be granted in full. The previous judgment will be amended to include costs taxed by this court in the amount of $11,046.32 together with costs awarded on appeal in the amount of $282.50 for a total amount of $11,328.82.

**SO ORDERED** this   13th   day of February, 2012.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge